No. 71–1199. KIRK ET AL. *v.* UNITED STATES. C. A. 10th Cir. Motion to dispense with printing petition granted. Certiorari denied. 

No. 71–1288. WHITTINGTON *v.* GULF OIL CORP. ET AL. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. 

No. 71–1322. RIZZO, MAYOR OF PHILADELPHIA, ET AL. *v.* NORTH CITY AREA-WIDE COUNCIL, INC., ET AL. C. A. 3d Cir. Motion of respondent North City Area-Wide Council, Inc., for leave to dispense with printing brief granted. Certiorari denied. 

No. 71–6106. VALENTINE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied, it appearing that the judgment rests upon an adequate state ground. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–1208. ROSE *v.* ROSE ET AL., *ante,* p. 907;

No. 71–5852. COOPERSMITH *v.* TOWN OF GRAND LAKE ET AL., *ante,* p. 907; and

No. 71–6123. STINSON *v.* EYMAN, WARDEN, *ante,* p. 907. Petitions for rehearing denied.

No. 71–605. HENRY ET AL. *v.* CLAIBORNE HARDWARE Co. ET AL., 405 U. S. 1019. Motion to dispense with printing petition granted. Petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.

No. 71–5164. FREEMAN *v.* PAGE, WARDEN, 404 U. S. 1001. Motion for leave to file petition for rehearing denied.